NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE EUGENE HALSEY, IV AND CATHERINE A. GETZ

---

2011-1435
(Serial No. 10/744,522)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

The Director of the United States Patent and Trademark Office moves for a 21-day extension of time, until December 1, 2011, for the Director to file his response brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

NOV 17 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Gokalp Bayramoglu, Esq.
    Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 17 2011

JAN HORBALY
CLERK